**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.                                                             CASE NO. 8:08-CR-177-T-EAK-MAP

ROBERT LAWRENCE DEES
                                              /

**<u>ORDER</u>**

      This cause comes before the Court on notice from the Office of the Federal Defender that it has satisfied the requirements set forth in the Court's *Omnibus Order In Re: Amendment 782, United States Sentencing Guidelines*, 6:14-MC-78-ORL-22 ("Omnibus Order"), and notification that the office will not be filing a Motion for Sentence Reduction under Amendment 782 on behalf of Defendant Dees as to the retroactive application of revised sentencing guidelines (Doc. 89). The Defendant in this case has/has not filed his/her own motion and memorandum in support of a reduction in sentence under Amendment 782. The Court will allow the Defendant to file a motion requesting a reduction before it determines the matter. Accordingly, it is.

      **ORDERED** that defendant has up to and including September 4, 2015 to file a motion and memorandum in support of his contention that his/her sentence should be reduced. The government is directed to file a response to any filings within fifteen days of the date of filing The Court will rule on the issue as soon as possible after that date.

      **DONE AND ORDERED** in Chambers in Tampa, Florida this 6th day of July, 2015.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record