**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.                                                                                    CASE NO. 8:08-CR-177-T-17-MAP

ROBERT LAWERENCE DEES

_____/

**ORDER**

This cause comes before the Court on the defendant's motion for modification of sentence, the requested modification was based on the retroactive application of revised cocaine base sentencing guidelines (Doc. 85).

The Court appointed the Office of the Federal Defender who satisfied the requirements set forth in the Court's *Omnibus Order In Re: Amendment 782, United States Sentencing Guidelines*, 6:14-MC-78-ORL-22 ("Omnibus Order"), and notified the Court that the office would not be filing a Motion for Sentence Reduction under Amendment 782 on behalf of Defendant as to the retroactive application of revised sentencing guidelines.

The Court gave the defendant an opportunity to file a further motion if desired. The defendant has not filed any further document. The motion filed by the defendant's stated it was based on the 782 Amendment but failed to make any cognizable argument on that issue, instead he related health issues that he was experiencing. The bases for a reduction under 782 is limited and the defendant has not meet the criteria. The Court concurs with the probation office that the defendant is not eligible for a reduction in sentence based on the amended guidelines, as the defendant was sentenced as a career offender. Accordingly, it is.

**ORDERED** that defendant's motion for modification of sentence, the requested modification was based on the retroactive application of revised cocaine base sentencing guidelines (Docket No. 85) be **denied**.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 9th day of September, 2015.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Parties and Counsel of Record